UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-111-2H

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
MARQUIZE MARCEL HARRIS )

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 53 be sealed until further order of this Court.

This the __3rd__ day of November 2015.

MALCOLM J. HOWARD
Senior United States District Judge