UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-cr-111-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) ORDER |
| v. | )<br>) |
| MARQUIZE MARCEL HARRIS, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter comes before the court on the United States' Motion to seal Exhibits 1 and 5, medical records and summary of medical records [D.E. 176; 178] and Exhibit 4, inmate drug program record [D.E. 177], attached to the United States' response in opposition to Defendant's motion for compassionate release [D.E. 165, 172].

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Exhibit 1, 4, and 5 [D.E. 176; 177 and 178] attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this **24** day of September, 2021.

JAMES C. DEVER III
United States District Judge