UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:15-CR-111-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 169) |
| MARQUIZE MARCEL HARRIS ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 169 (Defendant's Mother's Medical Records) be sealed until further notice by this Court.

This **24** day of **September**, 2021.

JAMES C. DEVER III
United States District Judge