UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-111-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MARQUIZE MARCEL HARRIS | |

On motion of the Defendant, Marquize Marcel Harris, and for good cause shown, it is

hereby ORDERED that **DE 235** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __3__ day of *May*, 2024.

_____
James C. Dever III
U.S. District Judge